# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBRA VEHLEWALD, <br> On behalf of herself and all others <br> similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLAIM ASSISTANCE GROUP, LLC., <br><br> Defendant. | Case No. 13-CV-2395 JAR/JPO |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Claim Assistance Group, LLC states that it does not have a parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

**STINSON MORRISON HECKER LLP**


By:   /s/ Mark M. Iba
    Mark M. Iba    KS #17003
    William Vandivort    KS #25881
    1201 Walnut Street, Suite 2900
    Kansas City, MO 64106
    miba@stinson.com
    wvandivort@stinson.com

AND

2

Jonathan O. Hafen, *pro hac vice* forthcoming
Bentley J. Tolk, . *pro hac vice* forthcoming
PARR BROWN GEE & LOVELESS
185 South State St., Suite 800
Salt Lake City, UT 84111
jhafen@parrbrown.com
btolk@parrbrown.com

Attorneys for Defendant
Claim Assistance Group, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2013, I electronically filed the foregoing Answer with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

David M. Marco, dmarco@smithmarco.com
Mandy M. Shell, mshell@smithmarco.com

/s/  Mark M. Iba
Attorney